UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONGJIN SUI and DALIAN HOFFEN
BIO-TECHNIQUE CO., LTD.,

    Plaintiffs,

v.                                            CASE NO: 8:11-cv-37-T-23TBM

HARRY WU, et al.,

    Defendants.
_____/

## **ORDER**

    The mediator announces a settlement in this action. Pursuant to Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty (60) days to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on July 14, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE